SOUTHERN SNOW MANUFACTUR-ING CO., INC., Parasol Flavors, LLC, Simeon, Inc., Plum Street Snoballs, Theodore Eisenmann, Raggs Supply, LP, Special T Ice Co., Inc., Snow Ingredients, Inc., Van's Snowballs, Plaintiffs

Hanover Insurance Company, Plaintiff–Appellant

Banister & Co., Inc., Milton G. Wendling, Jr., Doty Management, LLC, Julie K. Doty, Ron Robinson, Counterclaim Defendants

v.

SNOWIZARD HOLDINGS, INC., Snowizard Extracts, Inc., Snowizard Supplies, Inc., Defendants

Snowizard, Inc., Ronald R. Sciortino, Defendants–Cross–Appellants.

Nos. 2014–1389, 2014–1698.

United States Court of Appeals, Federal Circuit.

July 13, 2015.

John William Waters, Jr., Bienvenu, Foster, Ryan & O'Bannon, LLC, New Orleans, LA, argued for plaintiff-appellant.

Jack Edward Morris, Attorney at Law, Metairie, LA, argued for defendants-cross-appellants.

PROST, Chief Judge, CLEVENGER and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Each party shall bear its own costs.